[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-11895
Non-Argument Calendar
_____

D.C. Docket No. 1:20-cv-00373-MLB

ENVER KACEVIC,
DERRY GRIER,
MICHAEL KEY,

Plaintiffs-Appellants,

versus

STATE OF GEORGIA,
DEKALB COUNTY SUPERIOR COURT,
LINDA WARREN HUNTER,
Judge,
CLARENCE F. SEELIGER,
Judge,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(January 15, 2021)

Before WILLIAM PRYOR, Chief Judge, LAGOA and BRASHER, Circuit Judges.

PER CURIAM:

Enver Kacevic, Derry Grier, and Michael Key appeal *pro se* the dismissal of their complaint against the State of Georgia and Judges Linda Warren Hunter and Clarence F. Seeliger. The complaint challenges judgments entered by the judges in dispossessory or foreclosure actions in the Dekalb County Superior Court. The district court ruled, and we agree, that the complaint is frivolous. Because the State of Georgia enjoys immunity from suit under the Eleventh Amendment, U.S. Const. amend. XI, and Judges Hunter and Seeliger enjoy absolute judicial immunity, *Stump v. Sparkman*, 435 U.S. 349, 356 (1978); *McCullough v. Finley*, 907 F.3d 1324, 1331 (11th Cir. 2018), from a suit for damages and are not otherwise subject to suit for injunctive relief, 42 U.S.C. § 1983, we affirm the dismissal of the complaint.

**AFFIRMED.**